ACCEPTED
03-14-00527-CR
5874788
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 10:16:37 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00527-CR

| | | |
|---|---|---|
| JAMES ALAN WEATHERFORD | § | IN THE COURT OF APPEALS |
| | § | |
| v. | § | THIRD DISTRICT |
| | § | |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 10:16:37 AM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE STATE OF TEXAS, Appellee, by and through her Assistant District Attorney, John C. Prezas, and moves the Court, pursuant to Texas Rule of Appellate Procedure 38.6(d), to extend the deadline for filing the State's brief.

In support of its motion, the State would show the Court the following:

1. The State's Brief in this case is due on July 1, 2015.

2. No previous extensions of time have been requested by the State or granted by this Court.

3. Appellant's brief was filed in this Court on June 1, 2015.

4. Mr. Prezas recently filed the State's proposed findings of fact and conclusions of law in the following habeas corpus proceedings: *Ex Parte Santos Loa 86-252-KC; Ex Parte Ramon Cavazos Jr.* 07-1628-K277A*; Ex Parte Troy Dale Mansfield 92-435-K277A; Ex Parte Rolando Bacon Lopez*, 10-1053-K368A; *Ex Parte Robert Jesse Padilla*, 06-937-K368A; *Ex Parte Robert Jesse Padilla,* 06-921-K368A; *Ex Parte Daniel Robert Lock*, 94-085-K277A; *Ex Parte Daniel Robert Lock* 97-780-

1

K277A.

5. Mr. Prezas has recently or must file answers in the next two weeks in the following habeas corpus proceedings: *Ex Parte William Johnson* 88-405-KF, *Ex Parte Joseph Paul Mayzone* 93-070-K277A, *Ex Parte Steven M. Ruiz* 12-1097-K26A, *Ex Parte Victor Manuel Soto* 13-1581-K26A, *Ex Parte Edwin Gus Schneider* 10-960-K26A, and *Ex Parte Timothy Jerrold Kipp* 13-0658-K277A and 13-0622-K277A.

6. Mr. Prezas is currently meeting with attorneys to gather affidavits in anticipation of filing proposed findings of fact and conclusions of law in the habeas proceedings of *Ex Parte Wendi Ann Tillman* 06-1062-K368A.

7. Mr. Prezas filed a State's brief on May 21, 2015, in response to the Court of Criminal Appeals granting the State's petition for discretionary review in *John Alan Wachtendorf,* PD-0280-15. Mr. Prezas submitted a State's Motion to Dismiss in *State vs. Gregory Michael Klapesky* 03-15-00244-CR on June 5, 2015.

8. Currently, Mr. Prezas is evaluating a request for DNA testing under Chapter 64 in 03-1063-K277 *State vs. Gregory Michael Klapesky*.

9. For the foregoing reasons, The State respectfully requests that the deadline for filing its brief in the above stated cause be extended for an additional sixty (60) days from the current due date of July 1, 2015, to August 30, 2015.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an extension of time and extend the State's deadline to file its brief to August 30, 2015.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas

/s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org

Certificate of Service

This is to certify that on June 30, 2015, a copy of the foregoing motion has been sent to Appellant's attorney of record, Dal Ruggles, Law Office of Dal R. Ruggles, 1103 Nueces St., Austin, TX 78701 via eservice to dal@ruggleslaw.com.

/s/ John C. Prezas
John C. Prezas